Roksana D. Moradi-Brovia (Bar No. 266572)
Lesley B. Davis (Bar No. 188731)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
lesley@RHMfirm.com

*Attorneys for Plaintiff*
Sancho Loco, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 9:25-bk-11740-RC |
| SANCHO LOCO, INC., | Adversary Case No. 9:26-ap-01020-RC |
| Debtor and Debtor in Possession. | Chapter 11 |
| SANCHO LOCO, INC., | **PROOF OF SERVICE OF: (1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [Docket No. 2]; (2) COMPLAINT [Docket No. 1]** |
| Plaintiff, | |
| vs. | *Status Conference:* |
| | Date: August 12, 2026 |
| | Time: 09:00 a.m. |
| | Place: Courtroom 201 |
| LENDSPARK CORPORATION, a California corporation, | 1415 State Street, Santa Barbara, CA 93101 |
| Defendants. | |

**PROOF OF SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 17609 Ventura Blvd., Suite 314, Encino, California 91315

A true and correct copy of the foregoing document entitled (*specify*):  (1)  SUMMONS AND NOTICE OF STATUS
 CONFERENCE IN ADVERSARY PROCEEDING  [Docket No. 2]; (2) COMPLAINT [Docket No. 1]
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  __06/09/2026____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/09/2026 | Gabriela Hansen | /s/ Gabriela Hansen |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL [CONTINUED]**:

*LENDSPARK CORPORATION, a California corporation*

**Entity Main Address from California Secretary of State Website:**

LENDSPARK CORPORATION, a California corporation
5451 Avenida Encinas, Suite B
Carlsbad, CA 92009

**Entity's Agent for Service of Process per California Secretary of State Website:**

Michael Battin, Agent for Service of
Process for LENDSPARK CORPORATION, a California corporation
5927 Balfour Court, Suite 110,
Carlsbad, CA 92008

**Entity's Address from POC in Bankruptcy Case:**

LENDSPARK CORPORATION, a California corporation
2554 Gateway Road
Carlsbad, CA 92009

**Entity's Counsel Address from POC in Bankruptcy Case:**

LENDSPARK CORPORATION, a California corporation
c/o Steven Zakharyayev
Law Offices of Steven Zakharyayev
10 W 37th St, RM 602
New York, NY 10018